[No. 36395-6-I.   Division One.   January 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON
LEE NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-8-00153-0, David F. Hulbert, J., entered March 14, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Coleman and Webster, JJ.


[No. 14185-3-III.   Division Three.   January 9, 1996.]

*In the Matter of the Marriage of* BARBARA LEA REED,
*Appellant, and* LLOYD B. REED, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 90-3-00045-1, Kenneth L. Jorgensen, J., entered June 10, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Munson, J.


[No. 14201-9-III.   Division Three.   January 9, 1996.]

DIANE PERRY, *Appellant*, v. NAN FARWELL, ET AL.,
*Defendants*, THE DEPARTMENT OF MOTOR VEHICLES,
*Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-03769-9, James M. Murphy, J., entered July 5, 1994. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Munson and Thompson, JJ.


[No. 14355-4-III.   Division Three.   January 9, 1996.]

*In the Matter of the Personal Restraint of* HERMAN
ROSS PASCHKE, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J. Now published at 80 Wn. App. 439.